RUSSELL L. JOHNSON (SBN 53833)
rljohnson@sidley.com
EDWARD V. ANDERSON (SBN 83148)
evanderson@sidley.com
GEORGIA K. VAN ZANTEN (SBN 116869)
gvanzanten@sidley.com
PHILLIP W. WOO (SBN 196459)
pwoo@sidley.com
MATTHEW L. McCARTHY (SBN 217871)
mlmccarthy@sidley.com

**E-filed 2/14/06**

SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104-1715
Telephone:    415-772-1200
Facsimile:     415-772-7400

Attorneys for Defendants
STMicroelectronics, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>STMicroelectronics, Inc., a Delaware corporation, STMicroelectronics NV, a Dutch company, and DOES I to X;<br><br>　　　　　Defendants. | Case No. 06-00194 JF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT STMICROELECTRONICS, INC.'S MOTION TO STAY** |

---

**[PROPOSED] ORDER GRANTING DEFENDANT STMICROELECTRONICS, INC.'S MOTION TO STAY**
**CASE NO. 06-00194 JF**

1  Before the Court is Defendant STMicroelectronics, Inc.'s ("ST") Motion to Stay
2 Proceedings. This motion is unopposed by Plaintiff SanDisk Corporation ("SanDisk").
3  After consideration of the papers submitted, IT IS HEREBY ORDERED that all proceedings
4 regarding the Cause of Action of the Complaint are STAYED "until the determination of the
5 Commission becomes final." See 28 U.S.C. § 1659.
6  IT IS SO ORDERED.

8  DATED: 2/13/06

   Jeremy Fogel
   United States District Judge